JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Lewis, | Case No. **CV 09-6781-JFW (JEMx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Allied Interstate, Inc., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 10 days, to re-open the action if settlement is not consummated. During this 10 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 10 days, the dismissal of this action will be with prejudice.

Dated: October 16, 2009

                                             _____
                                             JOHN F. WALTER
                                             United States District Judge

(Rev. 2/15/08)                              2