**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED INTERSTATE, INC., <br><br> Defendant. | Case No.: 09-CV-06781-JFW-(JEMx) <br><br> **ORDER ENTERING JUDGMENT** |

On October 6, 2009, Plaintiff, CHARLES LEWIS (Plaintiff), filed an acceptance of Defendant's, ALLIED INTERSTATE, INC.'S (Defendant), Offer of Judgment (Document #6). The accepted Offer Of Judgment states Plaintiff will receive $500.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $500.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs.

**IT IS ORDERED**

Dated: October 22, 2009

_____
John F. Walter
United States District Judge

- 1 -
**[PROPOSED] ORDER ENTERING JUDGMENT**